# MEMORANDUM DECISIONS

TERRITORY OF ARIZONA v. JAMES S. DOUGLAS.
(Criminal No. 44.)

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal. W. W. Porter, Judge.

G. H. Oury and E. J. Edwards, for Appellant.

Atty. Gen., for Appellee.

January 9, 1888. Dismissed.

THOMAS D. SATTERWHITE, Appellee, v. JAMES REILLY, Appellant. (Civil No. 231.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

No appearance for Appellant.

Geo. G. Berry, for Appellee.

January 12, 1888. Dismissed.